ERIC GRANT
United States Attorney
MATHEW W. PILE
Executive Counsel for Litigation 1
Social Security Administration | Law & Policy
JOSEPH LANGKAMER PA SBN # 208286
Special Assistant United States Attorney
Program Litigation 1
Social Security Administration | Law & Policy
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (206) 615-2212
Email: Joseph.Langkamer@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABEL MUNOZ ROJAS,<br><br>Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Civil No. 1:26-CV-06411-GSA<br><br>STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g); PROPOSED ORDER |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, with the approval of the Court, that this action be remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

On remand, the Commissioner will take further action to develop the administrative record, as necessary, and issue a new decision.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Respectfully submitted,

Dated: November 13, 2026

LAW OFFICES OF FRANCESCO BENAVIDES

By: */s/ Francesco P. Benavides**
FRANCESCO P. BENAVIDES, ESQ.
Attorney for Plaintiff
*As authorized by e-mail

Dated: November 19, 2026

ERIC GRANT
United States Attorney

MATHEW W. PILE
Executive Counsel for Program Litigation 1
Social Security Administration | Law & Policy

By: */s/ Joseph Langkamer*
JOSEPH LANGKAMER
Special Assistant United States Attorney
Program Litigation 1
Social Security Administration | Law & Policy

Attorneys for Defendant

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

The Clerk of Court is DIRECTED to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

IT IS SO ORDERED.

Dated: **November 19, 2026**

**/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE